O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-4176 AHM (AGRx) | | Date | November 25, 2009 |
|---|---|---|---|---|
| Title | CLAUDIA PALACIOS v. FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.* | | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**    IN CHAMBERS (No Proceedings Held)


        The Court notifies Plaintiff that there is a hearing in her case at 10:00 am on Monday, December 21, 2009, and that she is ORDERED to appear.


|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |


CC:   Claudia Palacios