O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-04176-AHM (MANx) | Date | December 21, 2009 |
|---|---|---|---|
| Title | CLAUDIA PALACIOS v. FEDERAL DEPOSIT INSURANCE CORPORATION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| No Appearance | Mikel A. Glavinovich | |

**Proceedings:** MOTION to Dismiss Case Plaintiff's First Amended Complaint filed by Defendant JP Morgan Chase National Corporate Services, Inc. [22] (non-evidentiary)

Cause called; appearances made.  No appearance by plaintiff nor her attorney.

Court circulates tentative order and hears oral argument.  For reasons stated on the record, the Court GRANTS the motion to dismiss.  Order to issue.

|  | : | 7 |
|---|---|---|
| Initials of Preparer | | SMO |