O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4176 AHM (AGRx) | Date | January 19, 2010 |
|---|---|---|---|
| Title | CLAUDIA PALACIOS v. FEDERAL DEPOSIT INSURANCE CORPORATION | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court notifies Plaintiff that there is a hearing in her case at 10:00 a.m. on Monday, January 25, 2010, and that she is ORDERED to appear.

Defendant Federal Deposit Insurance Corporation is ORDERED to immediately serve this notice on Plaintiff at her last known address.

|  | : |
|---|---|
| Initials of Preparer | se |

CC:   Claudia Palacios