O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-04176-AHM (MANx) | Date | January 25, 2010 |
|---|---|---|---|
| Title | CLAUDIA PALACIOS v. FEDERAL DEPOSIT INSURANCE CORPORATION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| No Appearance | Michael A. Angel | |

**Proceedings:** DEFENDANT FDIC'S MOTION TO DISMISS CLAIMS, MOTION TO DISMISS FOR LACK OF JURISDICTION, MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION [25] (non-evidentiary)

Cause called; appearances made.  No appearance by plaintiff.  Court intends to issue an order to show cause to plaintiff for lack of prosecution.

Court circulates its tentative order without oral argument.  For reasons stated on the record, the Court grants the motion to dismiss above.  Order to issue.

|  | : | 05 |
|---|---|---|
| | Initials of Preparer | SMO |